IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

DELROY ANTHONY MCLEAN ,          *

      Petitioner,               *

vs.                              *   CASE NO. 4:14-CV-187-CDL-MSH
                                 28 U.S.C. § 2241

BILL SPIVEY, *et al.*,            *

      Respondents,              *


ORDER ON REPORT AND RECOMMENDATION

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on January 25, 2017, is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner to the Report and Recommendation have been considered and are found to be without merit.

SO ORDERED this March 15, 2017

s/Clay D. Land
CLAY D. LAND, CHIEF
UNITED STATES DISTRICT JUDGE